

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00541-CV

Stanley **FREEMAN**,
Appellant

v.

Sumiko **FREEMAN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-13915
The Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for the entry of a domestic relations order based on calculations consistent with this court's opinion. It is ORDERED that appellant, Stanley Freeman, recover his costs of this appeal from appellee, Sumiko Freeman.

SIGNED June 26, 2013.

_____
Luz Elena D. Chapa, Justice